124

Axel Gidlof, Appellant, v. George G. Grosser, Appellee.

Gen. No. 44,332.

opinion filed June 23, 1948; rehearing denied July 9, 1948; released for publication July 12, 1948. Alfred M. Loeser and Herbert J. Theisen, for appellant; Hubbard, Baker & Rice, for appellee; Alvin G. Hubbard and Reese Hubbard, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.

Hinsdale Manufacturing Company, Appellee, v. Martin Root, Nathan Root and Herman Root, Trading as Root Brothers Supply Company, Appellants.

Gen. No. 44,375.

opinion filed June 23, 1948; released for publication July 12, 1948. Raymond I. Suekoff, for appellants; Bartoline & Jones, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.